No. 18. — In re C. Marrero, querellado. — *Disbarment*. Mayo 8, 1925.

Por cuanto, Celestino Marrero Hernández, fué condenado como autor de un delito de abuso de confianza, que implica depravación moral, a sufrir la pena de cuatro años de presidio con trabajos forzados;

Por cuanto, basándose en tal condena el Fiscal General archivó una querella pidiendo la separación del querellado del ejercicio de su profesión;

Por cuanto, notificado de la querella, el querellado no ha hecho manifestación alguna por escrito ni oralmente;

Por tanto, de acuerdo con la ley, *se separa* del ejercicio de su profesión al dicho querellado Celestino Marrero Hernández, borrándose su nombre del registro de abogados de esta corte, y comunicándose esta resolución en la forma que determina el estatuto.